UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY FIDEL ALFORD, | No. 2:14-cv-714-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| LAM DANG, et al., | |
| Defendants. | |

Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations pursuant to 42 U.S.C. § 1983. On April 2, 2014, the court issued an order directing plaintiff to submit, within thirty days, the trust account statement required by 28 U.S.C. § 1915(a)(2). A further review of the docket reveals that plaintiff's second in forma pauperis application, ECF No. 5, is complete, including the required trust account statement.

Accordingly, the court's April 2, 2014 order, ECF No. 8, is vacated. The court will, in due course, screen plaintiff's complaint.

Dated: April 4, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE