IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY FIDEL ALFORD,** | Case No. 2:14-cv-00714 KJM EFB |
| Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING DEFENDANT CLOUGH'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |
| **v.** | |
| **LAM DANG, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant's motion to modify the Discovery and Scheduling Order to vacate the current April 13, 2018, discovery deadline and the current June 1, 2018, dispositive motion deadline is GRANTED.

A modified Discovery and Scheduling Order shall issue, if necessary, after this Court rules on Defendant's dispositive Motion for Summary Judgment on exhaustion.

Dated: April 16, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE